### DEBORAH SHEIMAN *v.* STUART M. SHEIMAN
### (12418)

FOTI, LAVERY and FREEDMAN, Js.

Argued June 3—decision released June 28, 1994

*Wesley W. Horton,* with whom were *Joy K. Fausey,* law clerk, and, on the brief, *Susan M. Cormier,* for the appellant (plaintiff).

*Stuart M. Sheiman,* pro se, the appellee (defendant).

PER CURIAM. The judgment is affirmed.